IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |
|---|---|
| FEDERAL TRADE COMMISSION, )<br>)<br>Petitioner, )<br>)<br>v. )<br>)<br>SCOTT TARRIFF, *et al.*, )<br>)<br>Respondents. )<br>) | No. 08-mc-217-RCL |

**CERTIFICATE OF SERVICE**

I hereby certify that on April 22, 2008, I served a copy of the Petition of the Federal Trade Commission for an Order Enforcing Subpoenas *Ad Testificandum* Issued in Furtherance of a Law Enforcement Investigation (with exhibits), a copy of the Memorandum in support of the petition, a certified copy of the Order to Show, and a copy of the proposed Order on each of the three respondents by sending those copies by express overnight delivery (FedEx) to:

> Eric Grannon
> White and Case, LLP
> 701 13th Street, NW
> Washington, DC 20005

On April 23, 2008, I received a confirmation from FedEx indicating that the copies had been signed for at 9:49 a.m.

/s/ Lawrence DeMille-Wagman

Dated: April 23, 2008