IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |
|---|---|
| FEDERAL TRADE COMMISSION,<br><br>              Petitioner,<br><br>    v.<br><br>SCOTT TARRIFF, *et al.*,<br><br>             Respondents. | Misc. No. 08-MC-217 (RCL) |

**SUPPLEMENTAL POST-ARGUMENT MEMORANDUM OF THE FEDERAL TRADE COMMISSION**

During the argument before this Court in the above-captioned matter, which was held on May 23, 2008, counsel for the Commission stated that the decision in *U.S. Steel Corp. v. United States*, 43 F.R.D. 447 (S.D.N.Y. 1968), a case mentioned by respondents' counsel, had been discussed and criticized in the Wright & Miller treatise. The full citation for that discussion is as follows: 8A Charles Alan Wright, Arthur R. Miller & Richard L. Marcus, *Federal Practice and Procedure* § 2115 pp. 103-104 (2d ed. 1994).

Dated: May 27, 2008

                                                                               Respectfully submitted,

                                                                               /s/ Lawrence DeMille-Wagman

                                                                               LAWRENCE DeMILLE-WAGMAN
                                                                               Attorney (D.C. Bar No. 929950)
                                                                               FEDERAL TRADE COMMISSION
                                                                               600 Pennsylvania Ave., N.W.
                                                                               Washington, D.C. 20580
                                                                               (202) 326-2448
                                                                               Email: lwagman@ftc.gov