IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| FEDERAL TRADE COMMISSION,<br><br>                Petitioner,<br><br>v.<br><br>SCOTT TARRIFF, *et al.*,<br><br>                Respondents. | Misc. No. 08-MC-00217 (RCL) |

## **RESPONSE TO SUPPLEMENTAL POST-ARGUMENT MEMORANDUM OF THE FEDERAL TRADE COMMISSION**

The Commission's belated "Post-Argument Memorandum" cites Wright & Miller for an unsupported comment on *U.S. Steel Corp. v. United States*, 43 F.R.D. 447 (S.D.N.Y. 1968) (denying motion to videotape a deposition in addition to stenographic recording). The numerous subsequent amendments to the Federal Rules of Civil Procedure that were necessary to permit non-stenographic recording of depositions—even in addition to stenographic recording—confirm the soundness of U.S. District Judge Richard H. Levet's decision in *U.S. Steel Corp.*:

Fed. R. Civ. P. 30(b)(4) advisory committee's note (1970 amendment: "In order to facilitate less expensive procedures, provision is made for the recording of testimony ***by other than stenographic means***—*e.g.*, by mechanical, electronic, or photographic means.");

Fed. R. Civ. P. 30(b)(4) advisory committee's note (1980 amendment: "It has been proposed that electronic recording of depositions be authorized as a matter of course, subject to the right of a party to seek an order that a deposition be recorded by stenographic means. ***The Committee is not satisfied that a case has been made for a reversal of present practice.***");

Fed. R. Civ. P. 30(b) advisory committee's note (1993 amendment: "The primary change in subdivision (b) is that parties will be authorized to record deposition testimony *by nonstenographic means* without first having to obtain permission of the court or agreement from other counsel.") (emphases added).

Respectfully submitted,

*[signature]*

J. Mark Gidley (D.C. Bar No. 417280)
Christopher M. Curran (D.C. Bar No. 408561)
Eric Grannon (D.C. Bar No. 473778)
Douglas M. Jasinski (D.C. Bar No. 454230)
Noah A. Brumfield (D.C. Bar No. 488967)
**WHITE & CASE** LLP
701 Thirteenth Street, N.W.
Washington, D.C. 20005
Tel.: (202) 626-3600
Fax: (202) 639-9355

Dated: May 27, 2008

*Attorneys for Respondents*

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

FEDERAL TRADE COMMISSION,

                      *Petitioner*,

    v.

SCOTT TARRIFF, *et al.*,

                      *Respondents* .

Misc. No. 08-MC-00217 (RCL)

## CERTIFICATE OF SERVICE

I hereby certify that on the May 27, 2008, I served a copy of the Response to Supplemental Post-Argument Memorandum of the Federal Trade Commission on each of the three counsel for the Petitioner by sending copies by hand delivery and via Federal Express to:

William Blumenthal, Esq.
General Counsel
Federal Trade Commission
600 Pennsylvania Ave., N.W.
Washington, D.C. 20580

*Counsel for the Federal Trade Commission*

John F. Daly, Esq.
Deputy General Counsel for Litigation
Federal Trade Commission
600 Pennsylvania Ave., N.W.
Washington, D.C. 20580

*Counsel for the Federal Trade Commission*

Lawrence DeMille-Wagman, Esq.
Attorney
Federal Trade Commission
600 Pennsylvania Ave., N.W.
Washington, D.C. 20580

*Counsel for the Federal Trade Commission*

/s/ Meytal McCoy

Dated: May 27, 2008