UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **FEDERAL TRADE COMMISSION,** ) | |
| ) | |
| Petitioner, ) | |
| ) | |
| v. ) | Misc. Action No. 08-217 (RCL) |
| ) | |
| **SCOTT TARRIFF,** *et al.*, ) | |
| ) | |
| Respondents. ) | |

### ORDER

Upon consideration of the Federal Trade Commission's Petition for an Order Enforcing Subpoenas *ad Testificandum*, the opposition and reply thereto, arguments made during an oral hearing, the parties' supplemental filings, the applicable law, the record herein, and for reasons stated in an accompanying memorandum opinion, it is hereby

ORDERED that the petition be, and is hereby, GRANTED. It is further

ORDERED that, within 5 business days of the receipt of this Order, or at such later date as may be agreed upon by the parties, the Respondents be, and hereby are, commanded to schedule a time to provide their testimony as required by the subpoenas, and that such testimony shall be provided within 30 days of the date of this Order.

SO ORDERED.

Signed by Royce C. Lamberth, Chief Judge, on June 2, 2008.