IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| FEDERAL TRADE COMMISSION,<br><br>      Petitioner,<br><br>  v.<br><br>SCOTT TARRIFF, *et al.*,<br><br>      Respondents. | Misc. No. 08-MC-00217 (RCL) |

## NOTICE OF APPEAL

Notice is hereby given this 30th day of June, 2008, that Respondents Scott Tariff, Paul Campanelli, and Edward Maloney hereby appeal to the United States Court of Appeals for the District of Columbia Circuit from the judgment of this Court entered on the 2nd day of June, 2007 in favor of the Federal Trade Commission against said Respondents.

                Respectfully submitted,

                _____
                J. Mark Gidley (D.C. Bar No. 417280)
                Christopher M. Curran (D.C. Bar No. 408561)
                Eric Grannon (D.C. Bar No. 473778)
                Douglas M. Jasinski (D.C. Bar No. 454230)
                Noah A. Brumfield (D.C. Bar No. 488967)

                **WHITE & CASE** LLP
                701 Thirteenth Street, N.W.
                Washington, D.C. 20005
                Tel.: (202) 626-3600
                Fax: (202) 639-9355

Dated: June 30, 2008           *Attorneys for Respondents*

**CLERK:**  Please mail copies of the above Notice of Appeal to the following at the addresses indicated:

| | |
|---|---|
| William Blumenthal, Esq.<br>General Counsel<br>Federal Trade Commission<br>600 Pennsylvania Ave., N.W.<br>Washington, D.C. 20580<br><br>*Counsel for the Federal Trade Commission* | John F. Daly, Esq.<br>Deputy General Counsel for Litigation<br>Federal Trade Commission<br>600 Pennsylvania Ave., N.W.<br>Washington, D.C. 20580<br><br>*Counsel for the Federal Trade Commission* |

Lawrence DeMille-Wagman, Esq.
Attorney
Federal Trade Commission
600 Pennsylvania Ave., N.W.
Washington, D.C. 20580

*Counsel for the Federal Trade Commission*