IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| FEDERAL TRADE COMMISSION, *et al.*,<br><br>Petitioner,<br><br>v.<br><br>SCOTT TARRIFF, *et al*,<br><br>Respondents. | Misc. No. 08-MC-00217 (RCL) |

### NOTICE OF ORDERING OF TRANSCRIPT

Pursuant to Rule 10(b)(1)(A)(iii) of the Federal Rules of Appellate Procedure, we are filing the enclosed letter to the court reporter ordering a copy of the transcript of the Show Cause Hearing, which took place on May 23, 2008.

Respectfully submitted,

*/s/*

J. Mark Gidley (D.C. Bar No. 417280)
Christopher M. Curran (D.C. Bar No. 408561)
Eric Grannon (D.C. Bar No. 473778)
Douglas M. Jasinski (D.C. Bar No. 454230)
Noah A. Brumfield (D.C. Bar No. 488967)

**WHITE & CASE LLP**
701 Thirteenth Street, N.W.
Washington, D.C. 20005
Tel.: (202) 626-3600
Fax: (202) 639-9355

Dated: July 15, 2008

*Attorneys for Respondents*



White & Case LLP
701 Thirteenth Street, NW
Washington, DC 20005

Tel  + 1 202 626 3600
Fax  + 1 202 639 9355
www.whitecase.com

Direct Dial + 202 729 2327

May 23, 2008

BY HAND

Jacqueline Sullivan
United States District Court
  for the District of Columbia
333 Constitution Ave NW, Rm 6720
Washington, DC  20001

Re: *Federal Trade Commission v. Scott Tarriff, et al.*
08-MC-00217-RCL (D.D.C.)

Dear Ms. Sullivan:

Please find enclosed a deposit check of $100.00 for the transcript of the Show Cause Hearing oral arguments in *Federal Trade Commission v. Scott Tarriff, et al.*, heard by the Court on May 23, 2008. Once the transcript has been completed, please contact Eric Grannon at 202-636-3646 for complete payment and pick-up arrangements.

Best regards,

Cydney Fowler
Legal Assistant

Enclosure

ALMATY   ANKARA   BANGKOK   BEIJING   BERLIN   BRATISLAVA   BRUSSELS   BUDAPEST   DRESDEN   DÜSSELDORF   FRANKFURT   HAMBURG
HELSINKI   HONG KONG   ISTANBUL   JOHANNESBURG   LONDON   LOS ANGELES   MEXICO CITY   MIAMI   MILAN   MOSCOW   MUNICH
NEW YORK   PALO ALTO   PARIS   PRAGUE   RIYADH   SÃO PAULO   SHANGHAI   SINGAPORE   STOCKHOLM   TOKYO   WARSAW   WASHINGTON, DC

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| FEDERAL TRADE COMMISSION, *Petitioner*, v. SCOTT TARRIFF, *et al.*, *Respondents*. | Misc. No. 08-MC-00217 (RCL) |

## CERTIFICATE OF SERVICE

I hereby certify that on the June 15, 2008, I served a copy of the Notice of Ordering of Transcript on each of the three counsel for the Petitioner by sending copies by hand delivery and via Federal Express to:

William Blumenthal, Esq.
General Counsel
Federal Trade Commission
600 Pennsylvania Ave., N.W.
Washington, D.C. 20580

*Counsel for the Federal Trade Commission*

John F. Daly, Esq.
Deputy General Counsel for Litigation
Federal Trade Commission
600 Pennsylvania Ave., N.W.
Washington, D.C. 20580

*Counsel for the Federal Trade Commission*

Lawrence DeMille-Wagman, Esq.
Attorney
Federal Trade Commission
600 Pennsylvania Ave., N.W.
Washington, D.C. 20580

*Counsel for the Federal Trade Commission*

Meytal McCoy

Dated: June 15, 2008